# FISHER | TAUBENFELD LLP

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 384-0258
Writer's email: michael@fishertaubenfeld.com

September 27, 2019

**VIA ECF**
Honorable Roanne L. Mann
United States Chief Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re: Guzman v. Kam Fung Wong Inc. et. al.
        Case No.: 18-cv-6998 (MKB)(RLM)

Dear Judge Mann:

        This firm represents Defendants.  I write to apologize on behalf of all parties and to explain the reason for our delay in submitting the settlement agreement.  We wish to apologize for not submitting the settlement agreement in accordance with the Court's order.  We were under the mistaken impression that the agreement was due yesterday instead of Wednesday, and I was in the process of submitting a letter to the Court yesterday afternoon requesting an extension to submit the agreement when the Court's order yesterday came down.  I understand that counsel's miscalendaring of a deadline is not an excuse, and I do not intend it to be.

        Thank you for your attention to this matter.

        Respectfully Submitted,

        ------------------/s/------
        Michael Taubenfeld